1 | **AUCHARD & STEWART**
A PROFESSIONAL CORPORATION
2 | ATTORNEYS AT LAW
2377 W. SHAW, SUITE 106
3 | FRESNO, CALIFORNIA 93711-3438
TELEPHONE (559) 432-0991
4 | FAX (559) 432-1025

5 | Paul Auchard

6 | Attorneys for Defendant, MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT sued herein as MARIPOSA SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ISA CHANCEY, by and through her guardian ad litem, MONIKA CHANCEY, | CASE NO.: CIV-03-6869 OWW DLB |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| MARIPOSA SCHOOL DISTRICT; BEN MCQUEEN; STEVE MCQUEEN; AND LORI MCQUEEN, | |
| Defendants. | |

Upon reading the stipulation of the parties and good cause appearing:

**IT IS ORDERED** that the entire action is hereby dismissed with prejudice.

/s/ OLIVER W. WANGER

DATED: April 19, 2005.

**UNITED STATES DISTRICT JUDGE**

G:\docs\GLucas\Orders To Be Signed\03cv6869.dismissal.wpd